THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* TONY WILLIAMS, Defendant-Appellant.

(No. 57822;

First District (3rd Division)—April 12, 1973.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago, for appellant.

No appearance for the People.